PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00012-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ELIZABETH ACUNA, | DATE: May 5, 2022 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 5, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until July 14, 2022, at 9:30 a.m., and to exclude time between May 5, 2022, and July 14, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 150 pages documents, including investigative reports, photographs, and drug analysis reports, as well as audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for the government has indicated that additional discovery, including

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    search warrants, memorandums, and reports are forthcoming.

2        c)    Counsel for defendant desires additional time to review the additional discovery

3    with her client, and to conduct investigation and research into mitigation factors.

4        d)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny her the reasonable time necessary for effective preparation, taking into

6    account the exercise of due diligence.

7        e)    The government does not object to the continuance.

8        f)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11       g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of May 5, 2022 to July 14, 2022,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at defendant's request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 2, 2022                                        PHILLIP A. TALBERT
                                                           United States Attorney


                                                           /s/ ALSTYN BENNETT
                                                           ALSTYN BENNETT
                                                           Assistant United States Attorney


                                                           HEATHER D. WILLIAMS
                                                           Federal Defender

Dated:  May 2, 2022                                        /s/ MEGAN T. HOPKINS
                                                           MEGAN T. HOPKINS
                                                           Counsel for Defendant
                                                           ELIZABETH ACUNA


## ORDER

IT IS SO FOUND AND ORDERED this 2nd day of May, 2022.




                                                           _____
                                                           Troy L. Nunley
                                                           United States District Judge


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3