HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ELIZABETH ACUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELIZABETH ACUNA,<br><br>　　　　Defendant. | Case No.  2:22-cr-00012-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA<br><br>Date:　July 28, 2022<br>Time:　9:30 a.m.<br>Judge:　Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Elizabeth Acuna, that the status conference scheduled for July 14, 2022, at 9:30 a.m. be continued to **July 28, 2022 at 9:30 a.m.** and converted to a Change of Plea hearing.

　　The parties have executed a plea agreement and Rule 20 waiver form, and wish to proceed with the change of plea and Rule 20 transfer to the District of Oregon as soon as practicable.  Ms. Acuna will need to resolve her pending federal case in Oregon before proceeding to sentencing in the District of Oregon in both matters, and wishes to do so as expediently as possible.  The soonest available date for all parties is July 28, 2022, and the

parties will provide the Court with a copy of the executed plea agreement and Rule 20 waiver prior to the change of plea hearing.

DATED: June 30, 2022             Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Public Defender

                                 /s/ Megan T. Hopkins
                                 MEGAN T. HOPKINS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Elizabeth Acuna


                                 PHILLIP A. TALBERT
                                 United States Attorney


DATED:  June 30, 2022             /s/ Alstyn Bennett
                                 ALSTYN BENNETT
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference is continued to **July 28, 2022, at 9:30 a.m.** and is converted to a change of plea hearing.

Dated:  June 30, 2022

_____
Troy L. Nunley
United States District Judge