PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH ACUNA,<br><br>Defendant. | CASE NO. 2:22-CR-00012-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 28, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on July 28, 2022.

2.  By this stipulation, defendant now moves to continue the status conference until August 4, 2022, at 9:30 a.m., and to exclude time between July 28, 2022, and August 4, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately 150 pages documents, including investigative reports, photographs, and drug analysis reports, audio and video recordings, and search warrants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Due to COVID restrictions and inability to meet with her client to discuss this case, counsel for defendant desires additional time to meet with her client and research mitigation factors and sentencing alternatives.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2022 to August 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 25, 2022                                PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ ALSTYN BENNETT
                                                   ALSTYN BENNETT
                                                   Assistant United States Attorney


                                                   HEATHER D. WILLIAMS
                                                   Federal Defender

Dated: July 25, 2022                                /s/ MEGAN T. HOPKINS
                                                   MEGAN T. HOPKINS
                                                   Counsel for Defendant
                                                   ELIZABETH ACUNA


**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of July, 2022.

_____
Troy L. Nunley
United States District Judge