HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ELIZABETH ACUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:22-cr-00012-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | ) | |
| ELIZABETH ACUNA, | ) | Date: September 15, 2022<br>Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Elizabeth Acuna, that the change of plea hearing scheduled for August 25, 2022, at 9:30 a.m. be continued to **September 15, 2022 at 9:30 a.m.**

The parties have executed a plea agreement and Rule 20 waiver form, however, in order to effectuate the global resolution and Rule 20 transfer agreed upon, the parties need to work with the US Marshal Service to transport Ms. Acuna to Oregon, before proceeding with a change of plea. The continuance is requested to afford the parties additional time to make the necessary logistical arrangements and file the appropriate documents with the US Marshal Service to effectuate the transfer. It is anticipated that the change of plea hearing in this Court will be vacated upon confirmation that the transfer has been approved, and the change of plea will

proceed in the District of Oregon.  The parties will keep the Court informed should a Court order be required or a hearing be necessary in advance of the September 15, 2022 date.

     For the foregoing reasons, counsel and the defendant agree that the Court should exclude the time from August 25, 2022, through September 15, 2022, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.  Counsel and the defendant further agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: August 23, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Megan T. Hopkins*
　　　　　　　　　　　　　　　　　　　　MEGAN T. HOPKINS
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Elizabeth Acuna


　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED:  August 23, 2022　　　　　　　　 */s/ Alstyn Bennett*
　　　　　　　　　　　　　　　　　　　　ALSTYN BENNETT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the change of plea hearing is continued to **September 15, 2022, at 9:30 a.m.** It is FURTHER ORDERED that the time from the date of the parties stipulation, up to and including September 15, 2022, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  August 23, 2022

Troy L. Nunley
United States District Judge