HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ELIZABETH ACUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00012-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| ELIZABETH ACUNA, | Date: November 17, 2022<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Elizabeth Acuna, that the change of plea hearing scheduled for September 15, 2022, at 9:30 a.m. be continued to **November 17, 2022 at 9:30 a.m.**

On August 25, 2022, Ms. Acuna was ordered transported to the District of Oregon pursuant to Rule 5. *See* Case No. 2:22-mj-00123-KJN, Dkt. at 6. After she arrives in Oregon, the parties will complete a Rule 20 transfer of the instant case and proceed with her change of plea in that district. The parties will vacate the hearing in this Court upon confirmation that the transfer has been completed.

/ / /

For the foregoing reasons, counsel and the defendant agree that the Court should exclude the time from September 15, 2022, through November 17, 2022, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. Counsel and the defendant further agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 9, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Elizabeth Acuna

PHILLIP A. TALBERT
United States Attorney

DATED: September 9, 2022

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the change of plea hearing is continued to **November 17, 2022, at 9:30 a.m.**  It is FURTHER ORDERED that the time from the date of the parties' stipulation, up to and including November 17, 2022, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  September 12, 2022

_____
Troy L. Nunley
United States District Judge